UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

IN RE:  JERNIGAN, CHRISTOPHER DALE  )  CHAPTER 7
        JERNIGAN, BROOKE ALSTON      )  CASE NO. 12-70778
                                     )
        Debtors                      )

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the Motion attached hereto concerning the turnover of funds by the debtors to the Chapter 7 Trustee will be heard by the United States Bankruptcy Court for the Western District of Virginia, Roanoke Division, on **February 13, 2014 at 2:00 p.m.**, or as soon thereafter as practical. The hearing will occur in the U.S. Bankruptcy Court, 210 Church Avenue, S.W., 2nd Floor, Roanoke, Virginia.

Any party having any questions concerning this matter should contact the undersigned Trustee during normal business hours.

You must be present to be heard.

Respectfully,

_____
Charles R. Allen, Jr., Trustee for Debtors

Charles R. Allen, Jr. (VSB 13965)
*Attorney at Law*
120 Church Avenue, S.W.
Roanoke, VA 24011
540-342-1731

## CERTIFICATE OF SERVICE

I hereby certify that I mailed and/or electronically transmitted a true and correct copy of the foregoing Notice of Hearing to the debtors and debtors' counsel, this 21st day of January, 2014.

_____
Charles R. Allen, Jr., Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | | |
|---|---|---|---|
| IN RE: | JERNIGAN, CHRISTOPHER DALE | ) | CHAPTER 7 |
| | JERNIGAN, BROOKE ALSTON | ) | CASE NO. 12-70778 |
| | | ) | |
| | Debtors | ) | |

## MOTION

**COMES NOW** the Trustee for his motion and states the debtors, in their schedules, indicated that they were due tax refunds for 2012 in the amount of $3,000.00. The Trustee is requesting a copy of the debtors' 2012 tax return and a turnover of those funds.

**WHEREFORE**, the Trustee requests the Court to provide by Order the debtors turn over a copy of their 2012 tax return and any tax refunds due to the Trustee, and that the Court grant such further relief as may be appropriate.

Respectfully,

_____
Charles R. Allen, Jr., Trustee for Debtors

Charles R. Allen, Jr. (VSB 13965)
*Attorney at Law*
120 Church Avenue, S.W.
Roanoke, VA 24011
540-342-1731
*Trustee for the Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that I mailed and/or electronically transmitted a true and correct copy of the foregoing Motion to the debtors and debtors' counsel, this 21st day of January, 2014.

_____
Charles R. Allen, Jr., Trustee for Debtors